UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Henderson Ford     CIVIL ACTION

                   18-5684
vs                 CASE NO
                   SECT. 1  MAG. 3

Bywater Gallery    Section

## Complaint

### Jurisdiction

American with Disabilities Act of 1990; 42 U.S.C. 12191 and U.S.C. 12182(B)

### Supplemental Jurisdiction

Louisiana Civil Rights For Person with Disabilities Act; R.S. 46:2253 and R.S. 46:2256(B)

### Parties

Henderson Ford Plaintiff

Defendant La Fusaro Crew

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. _____

## Complaint

(1) Plaintiff contend that on or about February 28, 2018, Plaintiff try to go in Bywater Gallery but was denied access to the business because the business do not have a handicapp ramp for a person in a wheelchair

(2) Plaintiff contend that he is handicaps because his right leg is cutoff (6) inches below his knee

(3) On March 1, 2018 Plaintiff mailed to the Defendant a notice of action, explaining to the defendant how he is violating the Americans with Disabilities Act

(4) Plaintiff contend that the defendant never answer or respond to the notice of action

(5) Plaintiff contend that on April 11, 2018 Plaintiff sent the defendant a second notice of action, and if the defendant do not respond by April 27, 2018, a civil suit will be filed against your business

(6) Plaintiff contend that the defendant never answer or to the second notice of action

(7) Plaintiff contends that the Defendant denied Plaintiff to the services, goods and his enjoyment of life to go freely in and out of places of public accommodation

## RELIEF

(8) The Defendant to pay all court cost

(9) Plaintiff request trial by jury

(10) The Defendant to pay Plaintiff Twenty-Five Thousand dollars ($25,000.00) for denying Plaintiff him his enjoyment of life

(11) The Defendant to pay Plaintiff Twenty-Five Thousand dollars ($25,000.00) for violating his civil rights under the Americans with Disabilities Act

(12) The Defendant to pay Plaintiff Twenty-Five Thousand dollars ($25,000.00) for violating his civil rights under the Louisiana Civil Rights for Persons with Disabilities Act

(13) Plaintiff to be awarded cost

Thus done on this date of June 4, 2018

Respectfully submitted

Henderson Ford
HENDERSON Ford
2416 N. Dorgenois St Apt C
New Orleans, LA 70119
(504) 900-5870