AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.
2018 JUN -6  P 4:41
WILLIAM W. BLEVINS
CLERK

__Hickerson Earl_____ )
_Plaintiff/Petitioner_        )
v.                            )   Civil Action No. **18-5684**
__Bywater Gallery_____ )
_Defendant/Respondent_        )

**SECT. I MAG. 3**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____Not In Jail_____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Disabled

My gross pay or wages are: $ __None__, and my take-home pay or wages are: $ __None__ per
(specify pay period) __None__.

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment    ☐ Yes   ☐ No
(b) Rent payments, interest, or dividends              ☐ Yes   ☐ No
(c) Pension, annuity, or life insurance payments       ☐ Yes   ☐ No
(d) Disability, or worker's compensation payments      ☑ Yes   ☐ No
(e) Gifts, or inheritances                             ☐ Yes   ☐ No
(f) Any other sources                                  ☐ Yes   ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

$765.00 Disable

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _None_

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent  250.00     Transportation  30.00
Food  300.00     House hold-on  40.00
Cloth  100.00    Medicine  30.00
Water  40.00     Telephone  35.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

815.00 Social Security

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 6-11-18

_Henderson Fr_
*Applicant's signature*

_Henderson Fr_
*Printed name*

SOCIAL SECURITY ADMINISTRATION

```
                                    Date: February 15, 2018
                                    Claim Number: XXX-XX-5617A
                                                  XXX-XX-5617DI
```

HENDERSON FORD
4628 PAUGER ST
NEW ORLEANS LA 70122-3932

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2017, the full monthly
   Social Security benefit before any deductions is.......$ 565.20

      We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is.........$ 565.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

   Beginning January 2018, the current
   Supplemental Security Income payment is................$ 190.00

   This is after we have withheld 15.00 to recover an overpayment.

   This payment amount may change from month to month if income or living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

SUSPECT SOCIAL SECURITY FRAUD?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).