UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HENDERSON FORD                                          CIVIL ACTION

VERSUS                                                  NO: 18-5684

BYWATER GALLERY                                         SECTION:  "I" (3)

## J U D G M E N T

This matter was brought before the Court following a call of the docket and notice to the plaintiff to show cause why no action has been taken.  No good cause being shown, the Court ordered the case dismissed.  Pursuant to the call docket,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendant Bywater Gallery, and against plaintiff Henderson Ford, dismissing plaintiff's claims against defendants without prejudice.

New Orleans, Louisiana, this 18th day of December, 2018.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**